# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN SANTANA,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | CASE NO. 1:11-CR-299 AWI-5<br><br>ORDER FOR THE UNITED STATES TO RESPOND TO PETITIONER'S APPLICATION FOR WRIT OF ERROR CORAM NOBIS |

　　　　On November 19, 2020, Roman Santana through counsel filed an application for a petition for writ of error coram nobis. See Doc. No. 157. After review, the Court finds that it is appropriate for the United States to respond to Petitioner's application.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days of service of this order, the United States shall file a response to Petitioner's application for writ of coram nobis;

2. Within seven (7) days of service of the United States' response, Petitioner may file a reply; and

3. After receipt of the additional briefing, the Court will issue further appropriate order, which may include setting a hearing date on the application.

IT IS SO ORDERED.

Dated:   February 5, 2021　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE