MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00299 AWI |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PETITION FOR WRIT OF ERROR *CORAM NOBIS*; ORDER |
| v. | |
| ROMAN SANTANA, | |
| Defendant. | Hon. Anthony W. Ishii |

The United States, by and through its attorney, Assistant United States Attorney Henry Z. Carbajal III, hereby requests an extension of time to **March 29, 2021** to file its response to defendant's petition for a writ of error *coram nobis*. Dkt. No. 157.

On February 5, 2021, the Court ordered the United States Attorney's Office to file a response to the defendant's writ of error *coram nobis* petition within 21 days (February 26, 2021). Dkt. No. 158. The criminal case underlying the petition dates back to 2011.

In the next 30 days, the government plans to obtain a copy of defendant Santana's alien file from immigration authorities. The government also plans to confer with counsel for Mr. Santana further regarding a potential stipulation of a partial waiver of privilege in order to streamline the issues for presentation to the Court. The additional time will permit the government to collect relevant materials in order to complete its response to Mr. Santana's petition. The

government has conferred with counsel for Mr. Santana and she does not object to this request for extension of time.

Dated:  February 25, 2021 　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:   /s/ HENRY Z. CARBAJAL III
　　　　　　　　　　　　　　　　　　　　　　　HENRY Z. CARBAJAL III
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

### **ORDER**

GOOD CAUSE APPEARING, the United States' motion for extension of time to file a response to the defendant's petition for writ of error *coram nobis* is GRANTED. The United States shall file and serve its responsive pleading on or before **March 29, 2021**.

IT IS SO ORDERED.

Dated:   February 26, 2021　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE