PHILLIP A. TALBERT
Acting United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00299 AWI |
| Plaintiff, | GOVERNMENT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PETITION FOR WRIT OF ERROR *CORAM NOBIS*; ORDER |
| v. | |
| ROMAN SANTANA, | |
| Defendant. | Hon. Anthony W. Ishii |

The United States, by and through its attorney, Assistant United States Attorney Henry Z. Carbajal III, hereby requests an extension of time to **April 28, 2021** to file its response to defendant's petition for a writ of error *coram nobis*.  Dkt. No. 157.

On February 5, 2021, the Court ordered the United States Attorney's Office to file a response to the defendant's writ of error *coram nobis* petition within 21 days (February 26, 2021). Dkt. No. 158.  The criminal case underlying the petition dates back to 2011.  The government has received one prior 30-day extension of time to respond to Mr. Santana's petition.

The government has reviewed Mr. Santana's original alien file, but is awaiting a response to its request for provision of a copy of the file for use in its responsive pleading and to provide to the defense.  The government is also drafting a stipulation of a partial waiver of privilege in order to streamline the issues for presentation to the Court, and will provide a draft to the defense

1

shortly.  The requested additional time will permit the government to finish collecting materials to complete its response to Mr. Santana's petition.  The government has conferred with counsel for Mr. Santana and she does not object to this request for extension of time.

Dated:  March 29, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ HENRY Z. CARBAJAL III
HENRY Z. CARBAJAL III
Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, the United States' motion for extension of time to file a response to the defendant's petition for writ of error *coram nobis* is GRANTED.  The United States shall file and serve its responsive pleading on or before **April 28, 2021**.

IT IS SO ORDERED.

Dated:   March 30, 2021

_____
SENIOR  DISTRICT  JUDGE