**ERIN J. RADEKIN**, SBN 214964
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Petitioner
ROMAN SANTANA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROMAN SANTANA**,<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Respondent. | CASE NO. 1:11-CR-00299 AWI<br><br>**STIPULATON AND ORDER FINDING A PARTIAL WAIVER OF THE ATTORNEY-CLIENT AND WORK PRODUCT PRIVILEGES** |

## STIPULATION

Respondent, the United States of America, by and through its attorney, Assistant United States Attorney Henry Z. Carbajal III, and defendant-petitioner ROMAN SANTANA, by and through his counsel of record, Erin J. Radekin hereby stipulate to, and jointly request, a Court order of a partial waiver of the attorney-client and work product privileges as to Mr. Santana's communications with his prior counsel, Ruben Villalobos, as set forth herein. Mr. Villalobos currently sits as a judge on the bench of the Stanislaus County Superior Court.

The parties agree that they cannot adequately litigate Mr. Santana's claims without the following stipulation as to the partial waiver of the attorney-client and work product privileges.

The parties therefore stipulate, and request that the Court find and order, as follows:

1. Mr. Santana has waived the attorney-client privilege to the extent provided by law.

2. Mr. Santana's waiver of the attorney-client privilege has been made by virtue of his petition for writ of error coram nobis which alleges, in part, that he received ineffective assistance of counsel from his former counsel, Ruben Villalobos.

3. The waiver includes Mr. Santana's rights that are otherwise protected by Mr. Villalobos' obligations pursuant to the attorney-client and work-product privileges, and Mr. Villalobos' duty of loyalty and confidentiality.

4. Mr. Santana agrees that Mr. Villalobos is no longer prohibited from discussing and/or cooperating in this matter with respondent insofar as is necessary to discuss Mr. Santana's claims in his petition for writ of error coram nobis that Mr. Villalobos' performance was prejudicially deficient.

5. The waiver does not extend to any issues not within the scope of Mr. Santana's claims that are raised by his petition for writ of error coram nobis.

6. Accordingly, the parties agree there has been a waiver of the attorney-client privilege with respect to the ineffective assistance of counsel claims raised in Mr. Santana's petition for writ of error coram nobis.

IT IS SO STIPULATED.

Dated: August 23, 2021                    PHILLIP A. TALBERT
                                          Acting United States Attorney


                                          /s/Henry Z. Carbajal III
                                          HENRY Z. CARBAJAL III
                                          Assistant U.S. Attorney


Dated: August 23, 2012                     /s/ Erin J. Radekin
                                          ERIN J. RADEKIN
                                          Attorney for Defendant
                                          ROMAN SANTANA

2

**ORDER**

Good cause appearing, the parties' stipulation regarding a partial waiver of petitioner Roman Santana's attorney-client privilege and the work product privilege is GRANTED.

IT IS SO ORDERED.

Dated: August 23, 2021

SENIOR DISTRICT JUDGE