PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-cr-00299 AWI |
| Plaintiff, | STIPULATION RE PETITION FOR WRIT OF ERROR CORAM NOBIS; ORDER |
| v. | |
| ROMAN SANTANA CRUZ, | JUDGE: Hon. Anthony W. Ishii |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant Roman Santana Cruz, by and through his counsel of record, hereby stipulate as follows:

1.  Whereas defendant Santana Cruz was sentenced by the Hon. Anthony W. Ishii on April 23, 2012, following conviction after a guilty plea to Count Nine of the Indictment, Trafficking in Counterfeit Labels and Counterfeit Documentation and Packaging and Aiding and Abetting, and a judgment issued on April 25, 2012, sentencing Santana to 12 months in prison and imposing a restitution amount of $16,289.55;

2.  Whereas, on November 19, 2020, defendant Santana filed a petition for writ of error coram nobis (Dkt. No. 157), alleging, among other claims, that Santana should have had the

1

opportunity to request a sentence of less than 12 months in prison to avoid certain immigration consequences of his felony conviction;

3. Whereas, on February 5, 2021, the Court ordered the United States Attorney's Office to file a response to the defendant's writ of error *coram nobis* petition within 21 days. Dkt. No. 158;

4. Whereas, the government investigated the claims in the petition, received several extensions of time to gather materials for a potential response, communicated with current defense counsel, moved for the Court's order for partial waiver of attorney/client communications and work product as to defendant's prior defense counsel, and communicated with defendant's prior defense counsel in connection with the defendant's petition;

5. Whereas the government and defendant Santana agree that Santana should receive coram nobis relief on his claim that a sentence of less than 12 months should have been requested at his sentencing hearing. Specifically, Santana's plea agreement which bound him to request the low end of his applicable guideline range, 12 to 18 months imprisonment, permitted a request for a Zone C split sentence of 6 months in custody and 6 months of home detention or community confinement. The parties agree that the absence of a request for a sentence below 12 months imprisonment in the case of Mr. Santana was prejudicial error of constitutional dimension, and that Mr. Santana should be resentenced;

6. Whereas, the parties agree that all other requirements for coram nobis relief are otherwise met as to defendant Santana's claim that a sentence of less than 12 months should have been requested at his sentencing hearing;

7. Whereas, the parties agree that the new sentence should be six months imprisonment with credit for time already served, and that imposing the other half of a Zone C split sentence including supervised release and a term of home detention or community confinement is unnecessary due to the actual time in custody previously served by defendant Santana;

8. Whereas the government, in the course of investigating Mr. Santana's coram nobis claims, discovered an error made in the calculation of restitution, and has determined that the current restitution amount of $16,289.55 is incorrect.  Instead, the parties agree that the correct amount of restitution is the amount of money Santana earned from the sale of infringing materials during the course of his offense, which is approximately $7,000.00;

9. Whereas, the parties agree that this stipulation and the requested Court findings and orders fully and definitively resolves defendant Santana's coram nobis petition (Dkt. No. 157).

10. Whereas, the parties acknowledge that their agreement here is limited to the facts of defendant Santana's individual case, and the agreements by the parties herein are not categorical and do not bind the U.S. Attorney's Office for the Eastern District of California or any other U.S. Attorney's Office in any other matter;

11. Whereas, defendant Santana acknowledges that the government makes no representation regarding whether the agreed changes to his length of sentence and restitution amount will have any effect on any potential proceedings before U.S. immigration authorities, including admission of defendant Santana into the United States and/or conferral of legal status in the United States;

12. The parties therefore stipulate and request that the Court order the following:

13. Defendant Roman Santana Cruz's petition for writ of error coram nobis is granted in part, and only as to his claim that the absence of a request for a sentence below 12 months imprisonment at his sentencing was an error qualifying for coram nobis relief.  All remaining claims in defendant Santana's petition are denied pursuant to the agreement of the parties.

14. Pursuant to the agreement and stipulation of the parties, defendant Santana will be resentenced to six months imprisonment with credit for time already served.

15. Pursuant to the agreement and stipulation to correct the defendant's restitution

amount, the total amount of restitution due from defendant is $7,000.

16. Aside from the change to the length of Santana's sentence and the restitution amount, all other aspects of defendant Santana's conviction and sentence remain in full force and effect.

IT IS SO STIPULATED.

DATED:        February _8_, 2022

/s/ Henry Z. Carbajal
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:        February _8_, 2022

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Roman Santana Cruz

DATED:        February _8_, 2022

/s/ Roman Santana
ROMAN SANTANA

**O R D E R**

IT IS SO ORDERED.

Dated:   February 9, 2022                    _____
                                              SENIOR DISTRICT JUDGE

4